FILED
2019 MAY -8 PM 1:18

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INDICTMENT **JUDGE GAUGHAN** |
| Plaintiff, | ) |
| | ) **1:19 CR 283** |
| v. | ) CASE NO._____ |
| | ) Title 18, United States Code, |
| TORIANO A. LEAKS, JR., | ) Sections 922(o), and 924(a)(2) |
| | ) |
| Defendant. | ) |

COUNT 1
(Illegal Possession of a Machine Gun, 18 U.S.C. §§ 922(o) and 924(a)(2))

The Grand Jury charges:

On or about April 10, 2019, in the Northern District of Ohio, Eastern Division, the defendant, TORIANO A. LEAKS, JR. did knowingly and unlawfully possess a firearm as defined in Title 26, United States Code, Section 5845(a)(6), that is, a machinegun within the meaning of Title 26, United States Code, Section 5845(b), and more particularly described as a Glock, model 22, .40 caliber pistol, serial number BDS013, modified so that it shoots automatically more than one shot, without manual reloading, by a single function of the trigger, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT 2
(Illegal Possession of a Machine Gun, 18 U.S.C. §§ 922(o) and 924(a)(2))

The Grand Jury further charges:

On or about April 10, 2019, in the Northern District of Ohio, Eastern Division, the defendant, TORIANO A. LEAKS, JR. did knowingly and unlawfully possess a firearm as defined in Title 26, United States Code, Section 5845(a)(6), that is, a machinegun within the meaning of Title 26, United States Code, Section 5845(b), and more particularly described as a select fire auto-sear, which is a part, or combination of parts, designed and intended solely and exclusively for use in converting a weapon, specifically a Glock, model 22, .40 caliber pistol, serial number BDS013, into a machine gun, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.