IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1 : 19 CR 283 |
| Plaintiff, | ) ) ) | MAGISTRATE WILLIAM H. BAUGHMAN, JR. |
| v. | ) ) | |
| TORIANO A. LEAKS, JR., | ) | MOTION TO SEAL INDICTMENT |
| Defendant. | ) ) ) ) | |

Now comes the United States of America, by and through counsel, Justin E. Herdman, United States Attorney, and Scott Zarzycki, Assistant United States Attorney, and respectfully moves this Court for an order sealing the attached indictment for the following reason(s): Defendant's present whereabouts are unknown and he is believed to be a flight risk. Accordingly, the indictment should be sealed until Defendant is arrested.

    The government further requests this Court to order that an Assistant United States Attorney of the Criminal Division of the United States Attorney's Office for the Northern District of Ohio may obtain, upon request, a certified copy of this indictment should the defendant be located in another judicial district and a certified copy of this indictment is needed

for forwarding to that judicial district. See Rule 6(e)(4) of the Federal Rules of Criminal Procedure.

                Respectfully submitted,

                JUSTIN E. HERDMAN
                United States Attorney

By:   /s/ *Scott Zarzycki*
       Scott Zarzycki (OH: 0072609)
       Assistant United States Attorney
       United States Court House
       801 West Superior Avenue, Suite 400
       Cleveland, OH 44113
       Telephone (216) 622-3971
       Facsimile (216) 522-7358
       Scott.Zarzycki@usdoj.gov