AO 442 (Rev. 11/11) Arrest Warrant

FID: 10880662

## UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Toriano A. Leaks, Jr.<br><br>Defendant | ) ) ) ) ) ) ) Case No. 1:19 CR 283 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Toriano A. Leaks, Jr.

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

26 USC §§ 5861(d) and 5871, Possession of an Unregistered Firearm.

Date: 05/08/2019

*Issuing officer's signature*

City and state: Cleveland, Ohio

Magistrate Judge William H. Baughman, Jr.
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 05/09/2019, and the person was arrested on *(date)* 05/13/2019
at *(city and state)*

Date: 05/13/2019

FOR ATF
*Arresting officer's signature*

C. Dockus / USMS
ATF Special Agent Lucas Battani
*Printed name and title*